Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10 N Dearborn St. 3rd Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
CRISTIAN MARTINEZ

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CRISTIAN MARTINEZ, ) | **Case No.: 2:11-cv-9997-JEM** |
| ) | |
| Plaintiff, ) | **NOTICE OF SETTLEMENT** |
| ) | |
| v. ) | |
| ) | |
| CAVALRY PORTFOLIO SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

NOW COMES the Plaintiff, CRISTIAN MARTINEZ, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                              Respectfully Submitted,

DATED: January 20, 2012      KROHN & MOSS, LTD.


                              By: /s/ Michael S. Agruss
                                   Michael S. Agruss
                                   Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted by electronic mail to the following:

Penny Shemtob

pshemtob@Cavps.com

By:  /s/ Michael S. Agruss

Michael S. Agruss