Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10 N Dearborn St. 3rd Floor
Chicago, IL 60602
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
CRISTIAN MARTINEZ

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CRISTIAN MARTINEZ, | Case No.: 2:11-cv-9997-JEM |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| CAVALRY PORTFOLIO SERVICES, LLC, | |
| Defendant. | |

Plaintiff, CRISTIAN MARTINEZ, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Respectfully Submitted,

DATED: February 28, 2012         KROHN & MOSS, LTD.


By: /s/ Michael S. Agruss              _

Michael S. Agruss
Attorney for Plaintiff

- 1 -

Notice of Voluntary Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2012, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted by electronic mail to the following:

Penny Shemtob

pshemtob@Cavps.com

By:   /s/ Michael S. Agruss

Michael S. Agruss